IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr286-MHT |
| | ) | (WO) |
| RICO RODRIGUES HUMPHREY | ) | |

ORDER

At an in-person sentencing hearing on May 24, 2023, the following occurred:

(1) The court accepted the plea agreement.

(2) There were no objections to the presentence report. Accordingly, the offense level is 25, the criminal-history category is V, the Guidelines imprisonment range is 100 to 125 months, the supervised-release period is 4 to 5 years, and the fine range is $ 20,000 to $ 5,000,000.

(3) There were no objections to defendant Rico Rodrigues Humphrey's request for a variance based on the application of the "safety valve" at 18 U.S.C. § 3553(f). Accordingly, the offense level is 23, the criminal-history category is V, the Guidelines range is

84 to 105 months, the supervised-release period is 4 to 5 years, and the fine range is $ 20,000 to $ 5,000,000.

(4) The government recommended a sentence of 125 months, probation recommended a sentence of 100 months, and defense counsel recommended a sentence of 84 months.

\*\*\*

However, based on the representations made in open court on May 24, as well as what is reflected in the presentence report, the court is of the opinion that a thorough mental-health evaluation is needed. Therefore, it is ORDERED that:

(1) Sentencing is continued generally, to allow sufficient time for defense counsel to obtain a thorough mental-health evaluation of defendant Rico Rodrigues Humphrey.

(2) Defense counsel is to immediately inform the court when the evaluation has been done and reduced to a report.

(3) A status conference is set for June 14, 2023, at 8:30 a.m., to discuss what progress has been made

regarding the evaluation and when sentencing should resume. The courtroom deputy is to arrange for the conference to be conducted by telephone.

DONE, this the 24th day of May, 2023.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE