IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr286-MHT** |
| | ) | **(WO)** |
| **RICO RODRIGUES HUMPHREY** | ) | |

### ORDER

Pursuant to the order entered on May 24, 2023 (Doc. 44), and based on the representations made on the record at a status conference on June 14, 2023, it is ORDERED that another status conference is set for June 28, 2023, at 8:30 a.m., to discuss what progress has been made regarding the mental-health evaluation and when sentencing should resume.

The courtroom deputy is to arrange for the conference to be conducted by telephone.

DONE, this the 15th day of June, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**